\*\*E-filed 10/30/06\*\*

1  SUE CAMPBELL
   Attorney at Law, State Bar Number 98728
2  1155 North First Street, Suite 101
   San Jose, California 95112
3  Phone: (408) 277-0648
   Fax:   (408) 938-1035
4
   Attorney for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10  NORTHERN CALIFORNIA-NORTHERN         )   CASE NO.:  C06-04640 JF HRL
    NEVADA SOUND AND COMMUNICATIONS      )
11  EMPLOYEE BENEFIT TRUST FUNDS;        )
    DOUG LUNG AND BOB TRAGNI AS          )   CASE MANAGEMENT
12  TRUSTEES OF THE NORTHERN             )   CONFERENCE STATEMENT
    CALIFORNIA-NORTHERN NEVADA           )   AND PROPOSED ORDER
13  SOUND AND COMMUNICATIONS             )
    DISTRICT NO. 9 HEALTH AND WELFARE    )
14  TRUST FUND,                          )   Date:   November 3, 2006
                                         )   Time:   10:30 a.m.
15              Plaintiffs,              )   Place:  Courtroom 3, 5th Floor
                                         )   Judge:  The Honorable Jeremy Fogel
16  vs.                                  )
                                         )
17  DARREN KARAL TECHNOLOGY, INC.        )
    a California Corporation,            )
18                                       )
                Defendants.              )
19  _____)

20      Plaintiff in the above-entitled action submits this Case Management Statement and

21  proposed order, and requests that the court adopt it as the Case Management Order in this case.

22  Defendants have been served. Plaintiffs are filing a Request for Entry of Default against

23  Defendant DARREN KARAL TECHNOLOGY, INC. a California Corporation.

24                          **DESCRIPTION OF THE CASE**

25      This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust

26  Funds.

27      Plaintiffs would like to continue the case for sixty (60) days to proceed with a Request

28  for Default Judgment on defendant. Therefore, Plaintiffs request that the case be continued

                                          1

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER

1  until January 12, 2007, for another Case Management Conference.

3  Respectfully submitted,

5  Dated: October ___, 2006

                                               SUE CAMPBELL
                                               Attorney for Plaintiff

## ORDER

The Case Management Conference is hereby continued to January 12, 2007, at 10:30 a.m., in Courtroom 3, 5th Floor. Plaintiff will file an update and proposed action ten (10) days prior to the Case Management Conference.

Dated: 10/27/06

JUDGE OF THE U.S. DISTRICT COURT

2

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER