**E-filed 1/11/07**

1  SUE CAMPBELL
   Attorney at Law, State Bar Number 98728
2  1155 North First Street, Suite 101
   San Jose, California 95112
3  Phone: (408) 277-0648
   Fax:     (408) 938-1035
4
   Attorney for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10  NORTHERN CALIFORNIA-NORTHERN          )    CASE NO.:  C06-04640 JF HRL
    NEVADA SOUND AND COMMUNICATIONS)
11  EMPLOYEE BENEFIT TRUST FUNDS;         )
    DOUG LUNG AND BOB TRAGNI AS           )    REQUEST FOR
12  TRUSTEES OF THE NORTHERN              )    DISMISSAL OF
    CALIFORNIA-NORTHERN NEVADA            )    ENTIRE ACTION
13  SOUND AND COMMUNICATIONS              )
    DISTRICT NO. 9 HEALTH AND WELFARE     )
14  TRUST FUND,                           )
                                          )
15                    Plaintiffs,         )
                                          )
16  vs.                                   )
                                          )
17  DARREN KARAL TECHNOLOGY, INC.         )
    a California Corporation,             )
18                                        )
                      Defendants.         )
19  _____)

20       Comes now the Plaintiffs NORTHERN CALIFORNIA-NORTHERN NEVADA

21  SOUND AND COMMUNICATIONS EMPLOYEE BENEFIT TRUST FUNDS; DOUG

22  LUNG AND BOB TRAGNI AS TRUSTEES OF THE NORTHERN CALIFORNIA-

23  NORTHERN NEVADA SOUND AND COMMUNICATIONS DISTRICT NO. 9 HEALTH

24  AND WELFARE TRUST FUND in the above-entitled action and hereby dismiss the entire

25  action without prejudice as to every party.

26       No answer has been filed in this matter.  The defendant has paid all fringe benefits

27  requested in the complaint for April, May and June 2006.  This dismissal specifically does not

28  waive the right of the Trust Funds to audit the employer for the above time period, or any other

                                      1

                          REQUEST FOR DISMISSAL

1  time period, and to collect any additional monies found to be delinquent as a result of an audit

2  through a subsequent legal action.

3

4  Dated:   January 4, 2007

SUE CAMPBELL
Attorney for Plaintiffs

6     IT IS SO ORDERED.

7     January 11, 2007

Judge Jeremy Fogel, US District Court

2